**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stuart J. Dunnings, III,
500 Everett Drive
Lansing, Michigan 48915

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Cynthia Dun—*  POA  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)  Cynthia Dunning   C. Date of Delivery  JUL 24 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7012 0470 0000 2452 5465

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540